# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NORMAN L. MAYES, #287-515 | : |
| Plaintiff | : |
| v | :   Civil Action No. L-09-635 |
| UNITED STATES POSTAL SERVICE | : |
| Defendant | : |

o0o

## **MEMORANDUM**

Pending is Defendant's Motion to Dismiss.  Paper No. 11.  Plaintiff opposes the motion and Defendant has filed a Reply.  Paper Nos. 13 and 16.

### Background

This is an action filed pursuant to the Freedom of Information Act.  Plaintiff sought judicial review of Defendant's response to his FOIA request for boxholder's information concerning a post office box.  Plaintiff sought the information in connection with a civil action he intended to file against Cell Connection. [1]

Defendant seeks dismissal of the instant action because the information sought by Plaintiff was provided to him on August 4, 2009.  Paper No. 11 at Ex. 1.  Plaintiff does not deny that the information was provided to him, but states he was previously provided with incorrect information in bad faith.  Paper No. 13.  He further suggests that his claim is not moot because he wants Defendant to pay the filing fee in this case.  Id.  In its Reply, Defendant denies acting in bad faith in its responses to Plaintiff's FOIA requests, but has no objection to an Order requiring Defendant to pay the filing fee to the Clerk of this Court.  Paper No. 16.

---

[1] Plaintiff filed a similar action in this Court which was dismissed because he had failed to exhaust administrative remedies.  See  Mayes v. United States Postal Service, Civil Action L-08-820 (D. Md. 2008).

**Standard of Review**

This Court has no jurisdiction to intervene in a matter where there is no case or controversy. See U.S. Const. Art. III, § 2, cl. 1. A claim is justiciable if there is "a real, substantial controversy between parties having adverse legal interests, a dispute definite and concrete, not hypothetical or abstract." Babbitt v. United Farm Workers Nat'l Union, 442 U.S. 289, 298-99 (1979).

**Analysis**

There is no dispute between the parties that Plaintiff has received the information he requested through FOIA. Upon his receipt of the information requested, the instant case became moot.

**Conclusion**

Plaintiff's claim regarding his FOIA request shall be denied as moot. In light of the parties agreement regarding the payment of the filing fee, Defendant shall be required to pay the sum of $350 to the Clerk of the Court. A separate Order follows.

December 16, 2009

/s/
_____
Benson Everett Legg
Chief Judge